UNITED STATES BANKRUPTCY COURT
IN THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | |
| Tammy S. Weyant | No. 17-70730-JAD |
| Debtor | Chapter 13 |
| Ally Bank | Related to Document No. 8 & 19 and 26 |
| Movant | |
| vs. | |
| Tammy S. Weyant | |
| Ronda J. Winnecour, Trustee | |
| Respondents | |

**STIPULATION RESOLVING OBJECTION
TO CONFIRMATION OF PLAN DATED OCTOBER 11, 2017**

Pursuant to the agreement of Ally Bank (hereinafter "**Ally**") and Tammy S. Weyant (the "**Debtor**"), Ally's secured claim as it relates to the 2014 Ford Escape, VIN No. 1FMCU9GX5EUE47735 (the "Vehicle"), shall be paid according to the following treatment during the term of the Debtor's Chapter 13 Plan. Ally shall have a secured claim in the amount of $19,904.98 with interest accruing at 6% to be paid in the amount of $385.00 per month.

It is further agreed that the said Chapter 13 Plan dated October 11, 2017, shall incorporate the terms of this Stipulation as it relates to Ally's claim or if the Debtor files an amended Chapter 13 Plan, the amended Chapter 13 Plan shall incorporate the terms of this Stipulation as it relates to Ally's claim.

Ally shall retain its lien on the Vehicle until the Debtor's Chapter 13 Plan has been fully completed or until it has been paid the full amount to which it is entitled under applicable non-bankruptcy law, whichever occurs earlier. Upon payment in accordance with these terms and successful completion of the Chapter 13 Plan by the Debtor, Ally shall release its lien on the Vehicle.

This Stipulation shall become null and void, without further Order or Hearing, if the Debtor's underlying Chapter 13 Bankruptcy case is converted to a Chapter 7 case or if the underlying Chapter 13 Bankruptcy case is dismissed.

SO ORDERED:

_____ sjk
Hon. Jeffery A. Deller
United States Bankruptcy Judge

AGREED TO:

/s/ Kenneth P. Seitz
Kenneth P. Seitz, Esquire
Pa I.D. # 81666
PO Box 211
Ligonier, PA 15658
thedebterasers@aol.com
Attorney for the Debtor

/s/ Brett A. Solomon
Brett A. Solomon, Esquire
Pa. I.D. #83746
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
(412) 566-1212
bsolomon@tuckerlaw.com
Attorney for Ally Bank

/s/ Richard J. Bedford
Richard J. Bedford, PA I.D. 25069
Attorney for Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA  15219
(412) 471-5566
rbedford@chapter13trusteewdpa.com

FILED
12/7/17 9:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 17-70730-JAD
Tammy S Weyant                                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: amaz          Page 1 of 1          Date Rcvd: Dec 07, 2017
                              Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2017.
db            +Tammy S Weyant,    131 Bedford Street,    Schellsburg, PA 15559-9010

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2017 at the address(es) listed below:
              Brett A. Solomon    on behalf of Creditor    Ally Bank bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              James Warmbrodt     on behalf of Creditor    Medallion Bank bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Tammy S Weyant thedebterasers@aol.com
              Kevin Scott Frankel    on behalf of Creditor    Carrington Mortgage Services, LLC, et al.
               pabk@logs.com
              Matthew Christian Waldt    on behalf of Creditor    Bank of America, N.A. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7