# MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS AND SETTLEMENT CONFERENCE AND/OR PLAN CONFIRMATIONS

Case Name: __Weyant_____ JAD

Case Number: __17-70730__

Date of Meeting: __1 / 5 / 18__

Recording # _____

Debtor(s) present ___ or Not Present ___ (__ No Payments Made or _✓_ partial payments)

Attorney for debtor(s) __Seitz_____ (Present _✓_ or Not Present ___)

Date of Plan at § 341: _____ Applicable commitment period ___ 3 yrs ___ 5 yrs

Allen — Carrington

*FILED 2018 JAN 11 P 1:30 CLERK U.S. BANKRUPTCY COURT PITTSBURGH*

___ Meeting HELD and CONCLUDED
___ Meeting HELD but CONTINUED (not closed)
_✓_ Meeting NOT HELD                        _✓_ Order to Show Cause Requested
                                            ___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
___ Amended Plan due:_____; Objections due:_____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
___ Continued to:
    ___ 341 Meeting   OR _____ Conciliation Conf. OR ___ *Contested Hearing
    On _____ at _____ am/pm Location _____

_____
Chapter 13 Trustee/Attorney for Trustee