# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: :
: 
TAMMY S. WEYANT, :
: Bankruptcy No. 17-70730JAD
:
:
Debtor(s) : Chapter 13
————————————————X

## ORDER

**AND NOW**, this **22nd** day of **January, 2018**, IT APPEARS TO THE COURT THAT:

1. The above-captioned bankruptcy case was filed on **October 6, 2017.** A Section 341 Meeting Of Creditors was scheduled for **November 10, 2017.** On **November 14, 2017**, the Chapter 13 Trustee placed an entry on the docket at **# 20** which stated that the Section 341 Meeting was not held and requested that the Clerk reschedule the Meeting.

2. A rescheduled Section 341 Meeting was scheduled for **January 5, 2018**. On **January 11, 2018** the Chapter 13 Trustee placed an entry on the docket at **#32** which stated that the Section 341 Meeting was not held and requested an order to show cause be entered.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT a **Rule To Show Cause Hearing IS SCHEDULED** for March 9, 2018 at 10:00 AM in Courtroom B, Penn Traffic Building, 319 Washington Street, Johnstown, PA, 15901\*, **TO DETERMINE WHY THE CASE SHOULD NOT BE DISMISSED FOR DEBTOR'S FAILURE TO ATTEND SCHEDULED SECTION 341 MEETINGS**.

A **written response** to the Rule Hearing **SHALL BE FILED** by **March 1, 2018**. After review of the response, the Court may determine that the Rule has been answered and the Rule Hearing should be removed from the calendar. Parties should check the calendar posted on the Court's website one day prior to the Rule Hearing to determine if the Rule Hearing will be held.

_____sjk_____
JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

\* NOTE: Video Conferencing equipment has been installed in Courtroom B in Johnstown, Pennsylvania and also in Courtroom D in Pittsburgh, Pennsylvania. Counsel can appear before the Court in either location.

00022738

FILED
1/22/18 10:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 17-70730-JAD
Tammy S Weyant                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7            User: amaz              Page 1 of 2             Date Rcvd: Jan 22, 2018
                                Form ID: pdf900        Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2018.
```
db            #+Tammy S Weyant,    131 Bedford Street,    Schellsburg, PA 15559-9010
cr             +Ally Bank,    Tucker Arensberg, P.C.,    c/o Brett A. Solomon, Esquire,    1500 One PPG Place,
                 Pittsburgh, Pa 15222-5413
cr             +Carrington Mortgage Services, LLC, et al.,    1600 South Douglass Road,    Suite 200-A,
                 Anaheim, CA 92806-5948
14705669      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
14757838       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14744094       +Bank of America, N.A.,    c/o Carrington Mortgage Services, LLC,    1600 South Douglass Road,
                 Anaheim, CA 92806-5948
14705668       +Bankamerica,    4909 Savarese Circle,    Tampa, FL 33634-2413
14705670      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,    15000 Capital One Dr,    Richmond, VA 23238)
14705672       +Comcast,    P.O. Box 3002,    Southeastern, PA 19398-3002
14705674      ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
              (address filed with court: DirecTV,    P.O. Box 78626,    Phoenix, AZ 85062)
14705677       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14723184       +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
14705679       +Knisely & Sons,    125 E. Pitt Street,    Bedford, PA 15522-1378
14727652       +Medallion Bank,    c/o Systems & Services Technologies, Inc,    PO Box 9013,
                 Addison, Texas 75001-9013
14705680       +Penelec,    76 S. Main Street A-RPC,    Akron, OH 44308-1812
14705681       +Sst/medallion,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
14705682       +Valley Credit Service,    Po Box 7090,    Charlottesville, VA 22906-7090
14705683       +Verizon Wireless,    P.O. Box 25505,    Lehigh Valley, PA 18002-5505
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14705667       +E-mail/Text: g20956@att.com Jan 23 2018 01:53:14      AT&T Mobility,    P.O. Box 6416,
                 Carol Stream, IL 60197-6416
14714480        E-mail/Text: ally@ebn.phinsolutions.com Jan 23 2018 01:52:22       Ally Bank,    PO Box 130424,
                 Roseville MN 55113-0004
14705666       +E-mail/Text: ally@ebn.phinsolutions.com Jan 23 2018 01:52:22       Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
14705671       +E-mail/Text: bmg.bankruptcy@centurylink.com Jan 23 2018 01:53:01       CenturyLink,
                 P.O. Box 1319,    Charlotte, NC 28201-1319
14705673       +E-mail/PDF: creditonebknotifications@resurgent.com Jan 23 2018 02:01:50      Credit One Bank Na,
                 Po Box 98872,    Las Vegas, NV 89193-8872
14711635        E-mail/Text: mrdiscen@discover.com Jan 23 2018 01:52:22       Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
14705675       +E-mail/Text: mrdiscen@discover.com Jan 23 2018 01:52:22       Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
14705676       +E-mail/Text: bankruptcy.notices@hdfsi.com Jan 23 2018 01:53:17       Esb/harley Davidson Cr,
                 Po Box 21829,    Carson City, NV 89721-1829
14705678        E-mail/Text: cio.bncmail@irs.gov Jan 23 2018 01:52:31      Internal Revenue Service,
                 Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14758484        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2018 02:01:52
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14734789       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 23 2018 01:53:04       Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14742398        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 23 2018 02:01:51      Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 12
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              Bank of America, N.A.
cr              Medallion Bank
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Certificate of Notice    Page 3 of 3

```
District/off: 0315-7          User: amaz              Page 2 of 2              Date Rcvd: Jan 22, 2018
                              Form ID: pdf900         Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2018 at the address(es) listed below:
              Brett A. Solomon    on behalf of Creditor   Ally Bank bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              James   Warmbrodt    on behalf of Creditor   Medallion Bank bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Tammy S Weyant thedebterasers@aol.com
              Kevin Scott Frankel    on behalf of Creditor   Carrington Mortgage Services, LLC, et al.
               pabk@logs.com
              Matthew Christian Waldt    on behalf of Creditor   Bank of America, N.A. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 7
```