# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | Bankruptcy No. 17-70730-JAD |
| **Tammy S. Weyant,** | : | |
| Debtor | : | Chapter 13 |
| | : | |
| **Tammy S. Weyant,** | : | Docket No. |
| Movant | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, this _____ day of <u>March</u>, <u>2018</u>, it is hereby ORDERED AND DECREED that the Chapter 13 Trustee is hereby authorized to distribute monies in the amount of Nine Hundred Dollars ($900.00) to Debtor's counsel, Kenneth P. Seitz, Esquire, which will represent fees earned under the Chapter 13 Bankruptcy.

**IT IS HEREBY FURTHER ORDERED** that once Kenneth P. Seitz, Esquire, has received the fees of Nine Hundred Dollars ($900.00) from the Chapter 13 Trustee, he shall file a Certification with this Court acknowledging the receipt of said fees.

Once the Certification is filed, the Rule to Show Cause is hereby sustained and the case is **DISMISSED WITHOUT PREJUDICE**.

BY THE COURT:

_____
Jeffery A. Deller,
Chief United States Bankruptcy Judge