# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** TAMMY S WEYANT
**Case Number:** 17-70730-JAD          **Chapter:** 13
**Date / Time / Room:** FRIDAY, MARCH 09, 2018 10:00 AM   COURTROOM B

**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** SCOTT KOZAR
**Reporter / ECR:** N/A

## Matter:

Rule To Show Cause Hearing To Determine Why The Case Should Not Be Dismissed For Debtor's Failure To Attend Scheduled Section 341 Meetings
R / M #: 0 / 0

## Appearances:

TRUSTEE: WINNECOUR / BEDFORD / KATZ / PAIL
DEBTOR(S): Kenneth P. Seitz, Esq.
CREDITOR:

## Proceedings:

___ Motion is GRANTED / DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
          _____ For At Least _____ Days (Court To Issue Scheduling Order)
          _____ To Hearing Date Of _____ at _____ AM/PM at _____
          _____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
          _____ Evidentiary Hearing On Value And Cram-Down Interest
          _____ Complex / Pretrial Order - NONJURY / JURY
          _____ Simple / Pretrial Order - NONJURY / JURY
          _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
✓ OTHER:
- Counsel to resubmit order allowing $900.00 fee.
- Once paid, case will be dismissed w/o prejudice.

FILED
3/13/18 9:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge