IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 17-70730-JAD |
| Tammy S. Weyant, | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Tammy S. Weyant, | : | Docket No. 35 |
| Movant | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

## ORDER

AND NOW, this 12th day of March, 2018, it is hereby ORDERED AND DECREED that the Chapter 13 Trustee is hereby authorized to distribute monies in the amount of Nine Hundred Dollars ($900.00) to Debtor's counsel, Kenneth P. Seitz, Esquire, which will represent fees earned under the Chapter 13 Bankruptcy.

**IT IS HEREBY FURTHER ORDERED** that once Kenneth P. Seitz, Esquire, has received the fees of Nine Hundred Dollars ($900.00) from the Chapter 13 Trustee, he shall file a Certification with this Court acknowledging the receipt of said fees.

Once the Certification is filed, the Rule to Show Cause is hereby sustained and the case is **DISMISSED WITHOUT PREJUDICE**.

BY THE COURT:

_____
Jeffery A. Deller,
Chief United States Bankruptcy Judge

FILED
3/12/18 12:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 17-70730-JAD
Tammy S Weyant                                                          Chapter 13
          Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0315-7          User: amaz                  Page 1 of 2                  Date Rcvd: Mar 12, 2018
                              Form ID: pdf900             Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2018.
db             #+Tammy S Weyant,   131 Bedford Street,   Schellsburg, PA 15559-9010
cr              +Ally Bank,   Tucker Arensberg, P.C.,   c/o Brett A. Solomon, Esquire,    1500 One PPG Place,
                  Pittsburgh, Pa 15222-5413
cr              +Carrington Mortgage Services, LLC, et al.,   1600 South Douglass Road,    Suite 200-A,
                  Anaheim, CA 92806-5948
14705669       ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court:   Bk Of Amer,    Po Box 982238,   El Paso, TX 79998)
14757838        +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
14744094        +Bank of America, N.A.,   c/o Carrington Mortgage Services, LLC,    1600 South Douglass Road,
                  Anaheim, CA 92806-5948
14705668        +Bankamerica,   4909 Savarese Circle,    Tampa, FL 33634-2413
14705670       ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                 (address filed with court:   Capital One,    15000 Capital One Dr,   Richmond, VA 23238)
14705672        +Comcast,   P.O. Box 3002,   Southeastern, PA 19398-3002
14705674       ++DIRECTV LLC,   ATTN BANKRUPTCIES,   PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
                 (address filed with court:   DirecTV,    P.O. Box 78626,   Phoenix, AZ 85062)
14766110         Directv, LLC,   by American InfoSource LP as agent,    PO Box 5008,
                  Carol Stream, IL 60197-5008
14705677        +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
14723184        +Harley-Davidson Credit Corp.,   PO Box 9013,   Addison, Texas 75001-9013
14705679        +Knisely & Sons,   125 E. Pitt Street,   Bedford, PA 15522-1378
14727652        +Medallion Bank,   c/o Systems & Services Technologies, Inc,    PO Box 9013,
                  Addison, Texas 75001-9013
14705680        +Penelec,   76 S. Main Street A-RPC,   Akron, OH 44308-1812
14705681        +Sst/medallion,   4315 Pickett Rd,   Saint Joseph, MO 64503-1600
14763981         UPMC Health Services,   PO Box 1123,   Minneapolis, MN 55440-1123
14705682        +Valley Credit Service,   Po Box 7090,   Charlottesville, VA 22906-7090
14705683        +Verizon Wireless,   P.O. Box 25505,   Lehigh Valley, PA 18002-5505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14705667        +E-mail/Text: g20956@att.com Mar 13 2018 01:50:01      AT&T Mobility,   P.O. Box 6416,
                  Carol Stream, IL 60197-6416
14763707        +E-mail/Text: g20956@att.com Mar 13 2018 01:50:01      AT&T Mobility II LLC,
                  %AT&T SERVICES INC.,   KAREN A. CAVAGNARO  PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                  BEDMINSTER, NJ. 07921-2693
14714480         E-mail/Text: ally@ebn.phinsolutions.com Mar 13 2018 01:49:33      Ally Bank,   PO Box 130424,
                  Roseville MN 55113-0004
14705666        +E-mail/Text: ally@ebn.phinsolutions.com Mar 13 2018 01:49:33      Ally Financial,
                  200 Renaissance Ctr,   Detroit, MI 48243-1300
14705671        +E-mail/Text: bmg.bankruptcy@centurylink.com Mar 13 2018 01:49:54      CenturyLink,
                  P.O. Box 1319,   Charlotte, NC 28201-1319
14705673        +E-mail/PDF: creditonebknotifications@resurgent.com Mar 13 2018 01:52:39      Credit One Bank Na,
                  Po Box 98872,   Las Vegas, NV 89193-8872
14711635         E-mail/Text: mrdiscen@discover.com Mar 13 2018 01:49:33      Discover Bank,
                  Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
14705675        +E-mail/Text: mrdiscen@discover.com Mar 13 2018 01:49:33      Discover Fin Svcs Llc,
                  Po Box 15316,   Wilmington, DE 19850-5316
14705676        +E-mail/Text: bankruptcy.notices@hdfsi.com Mar 13 2018 01:50:02      Esb/harley Davidson Cr,
                  Po Box 21829,   Carson City, NV 89721-1829
14705678         E-mail/Text: cio.bncmail@irs.gov Mar 13 2018 01:49:36      Internal Revenue Service,
                  Centralized Insolvency Operation,    P.O. Box 7346,   Philadelphia, PA 19101-7346
14764222         E-mail/PDF: resurgentbknotifications@resurgent.com Mar 13 2018 01:52:39
                  LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                  FNBM, LLC,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14758484         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 13 2018 01:52:30
                  Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14734789        +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 13 2018 01:49:57      Premier Bankcard, Llc,
                  Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
14742398         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 13 2018 02:05:24      Verizon,
                  by American InfoSource LP as agent,    PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank of America, N.A.
cr              Medallion Bank
                                                                                              TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-7          User: amaz                   Page 2 of 2                   Date Rcvd: Mar 12, 2018
                              Form ID: pdf900              Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2018 at the address(es) listed below:
```
              Brett A. Solomon    on behalf of Creditor    Ally Bank bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              James  Warmbrodt    on behalf of Creditor    Medallion Bank bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Tammy S Weyant thedebterasers@aol.com
              Kevin Scott Frankel    on behalf of Creditor    Carrington Mortgage Services, LLC, et al.
               pabk@logs.com
              Matthew Christian Waldt    on behalf of Creditor    Bank of America, N.A. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```