**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| TAMMY S WEYANT | Case No.:17-70730 JAD |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 10/06/2017 and confirmed on 01/01/1900. The case was subsequently (E)DISMISSED PRIOR TO CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 1,367.93 |
| Less Refunds to Debtor | 407.74 | |
| TOTAL AMOUNT OF PLAN FUND | | 960.19 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 900.00 | |
|   Trustee Fee | 60.19 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 960.19 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1989 | | | | |
|   BANK OF AMERICA NA** | 3,980.53 | 0.00 | 0.00 | 0.00 |
|     Acct: 1989 | | | | |
|   MEDALLION BANK | 20,032.90 | 0.00 | 0.00 | 0.00 |
|     Acct: 4185 | | | | |
|   ALLY BANK(*) | 19,904.98 | 0.00 | 0.00 | 0.00 |
|     Acct: 0983 | | | | |
|   HARLEY DAVIDSON CREDIT CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7553 | | | | |
| | \*\*\*NONE\*\*\* | | | |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TAMMY S WEYANT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TAMMY S WEYANT | 407.74 | 407.74 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KENNETH P SEITZ ESQ | 3,929.00 | 900.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 31.70 | 0.00 | 0.00 | 0.00 |
| Acct: 5201 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| AT&T MOBILITY | 2,658.64 | 0.00 | 0.00 | 0.00 |
| Acct: 3797 | | | | |
| BANK OF AMERICA NA** | 1,572.52 | 0.00 | 0.00 | 0.00 |
| Acct: 0910 | | | | |
| BURGMEIERS HAULING INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8517 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 1,190.24 | 0.00 | 0.00 | 0.00 |
| Acct: 6431 | | | | |
| CENTURY LINK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5201 | | | | |
| COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5201 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 643.70 | 0.00 | 0.00 | 0.00 |
| Acct: 6984 | | | | |
| AMERICAN INFOSOURCE LP - AGENT DIRE | 273.42 | 0.00 | 0.00 | 0.00 |
| Acct: 0916 | | | | |
| DISCOVER BANK(*) | 6,176.29 | 0.00 | 0.00 | 0.00 |
| Acct: 3480 | | | | |
| PREMIER BANKCARD LLC | 492.09 | 0.00 | 0.00 | 0.00 |
| Acct: 6408 | | | | |
| KNISELY & SONS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PENELEC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VALLEY CREDIT SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0081 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR V | 1,761.42 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| INTERNAL REVENUE SERVICE* | 1,427.97 | 0.00 | 0.00 | 0.00 |
| Acct: 5201 | | | | |
| UPMC HEALTH SERVICES | 1,041.80 | 0.00 | 0.00 | 0.00 |
| Acct: 5201 | | | | |
| MATTHEW C WALDT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                                      0.00

```
TOTAL CLAIMED
  PRIORITY              31.70
  SECURED           43,918.41
  UNSECURED         17.238.09
```

Date: 06/20/2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com